IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 242

| | |
|---|---|
| AIX SPECIALTY INSURANCE COMPANY, ) ) ) Plaintiff ) ) V ) ) BIRD BRAIN, INC., WAL-MART ) STORES EAST, LP, SANDRA ) PRESSLEY, DEAN PRESSLEY and ) SUSIE W. GIBSON, a/k/a VIVIAN ) Y. GIBSON, ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on William A. Bulfer's Application for Admission to Practice *Pro Hac Vice* of Patrick D. Crandell. It appearing that Patrick D. Crandell is a member in good standing with the Michigan State Bar and will be appearing with William A. Bulfer, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that William A. Bulfer's Application for Admission to Practice *Pro Hac Vice* (#5) of Patrick D. Crandell is **GRANTED**,

and that Patrick D. Crandell is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with William A. Bulfer.

Signed: September 26, 2013

Dennis L. Howell
United States Magistrate Judge